No. 92–602. ST. MARY'S HONOR CENTER ET AL. *v.* HICKS. C. A. 8th Cir. [Certiorari granted, 506 U. S. 1042.] Motion of respondent for leave to proceed further herein *in forma pauperis* denied.

No. 92–785. ROCK CREEK LIMITED PARTNERSHIP *v.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD ET AL. C. A. 9th Cir.; and
No. 92–1077. AMERICAN AIRLINES, INC. *v.* DAVIES. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 92–6033. MCNEIL *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 506 U. S. 1074.] Motion for appointment of counsel granted, and it is ordered that Allen E. Shoenberger, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.

No. 92–6378. MAHDAVI *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [506 U. S. 1019] denied.

No. 92–6730. SWARTZ *v.* FLORIDA BAR ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 15, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*